IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02546-ZLW-BNB

NORTH AMERICAN SPECIALTY INSURANCE COMPANY,

Plaintiff,

v.

CHERYL L. SCHUETTE,

Defendant.

_____

**ORDER**
_____

I have reviewed the parties' confidential settlement statements in anticipation of the settlement conference set to occur on April 5, 2011, at 1:30 p.m. It appears that meaningful settlement discussions are impossible in the absence of a non-party, Estate of John E. Osborne.

IT IS ORDERED that the settlement conference is VACATED.

Dated March 30, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge