IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02546-WJM-BNB

NORTH AMERICAN SPECIALTY INSURANCE COMPANY,

Plaintiff,

v.

CHERYL L. SCHUETTE,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1)  **Plaintiff North American Specialty Insurance Company's Motion Under Fed. R. Civ. P. 26(c) for Protective Order Re: Defendant's July 6, 2011 Notice of Rule 30(b)(6) Deposition** [Doc. # 25, filed 7/13/2011] (the "Motion for Protective Order"); and

(2)  Defendant's **Motion to Amend Scheduling Order to Extend Discovery Cutoff and Dispositive Motion Deadline** [Doc. # 27, filed 7/13/2011] (the "Motion for Extension").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)  The Motion for Protective Order [Doc. # 25] is GRANTED IN PART and DENIED IN PART, as follows:

• DENIED insofar as it seeks an order that the deposition should not be had because the notice was untimely;

• GRANTED to eliminate category 3 as a matter about which inquiry may occur; to limit the deposition to one day of seven hours; and to limit the inquiry for category 1 to the period from February 1, 2008, to November 30, 2009;

• GRANTED to allow the parties to submit a proposed blanket protective order limiting the scope of disclosure of confidential information which may be revealed during the deposition; and

• DENIED in all other respects.

(2)     The Rule 30(b)(6) deposition of the plaintiff shall occur at the date and time as the parties may agree, but shall be completed no later than August 31, 2011.

(3)     The Motion for Extension [Doc./ # 27] is DENIED without prejudice, to be renewed, if necessary, after a ruling by the district judge on Plaintiff's Motion for Dismissal of Defendant's Counterclaims [Doc. # 15].

Dated August 1, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge