IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-02546-RBJ-BNB

NORTH AMERICAN SPECIALTY INSURANCE COMPANY,

Plaintiff,

v.

CHERYL L. SCHUETTE,

Defendant.

**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**

The Court having reviewed the parties' Stipulated Motion for Dismissal of Action with Prejudice, finding good cause and being otherwise fully advised of the premises, hereby ORDERS that the Motion is GRANTED.

IT IS FURTHER ORDERED the Pretrial Conference set for January 26, 2012 is hereby vacated.

IT IS FURTHER ORDERED that Plaintiff's Complaint, Defendant's Counterclaims, and all other claims that were or could have been asserted between Plaintiff and Defendant in this action are hereby DISMISSED with prejudice, each party to bear their own costs and attorneys fees.

Dated November 21, 2011.

BY THE COURT:

*/s/ Brooke Jackson*

United States District Court Judge